ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor


FILED
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
TERRY W HARRIS                            ) Case No. 05-54396 CN
                                          )
                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
                Debtor                    )
                                          )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473096 for an unclaimed dividend in the amount of $23.25. The name and address of the claimant entitled to the unclaimed dividend is as follows;

   TERRY W HARRIS
   409 COMBS CT
   MARINA, CA 93933


Dated: August 04, 2010                    _____
                                          DEVIN DERHAM-BURK, TRUSTEE